IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 18-59(8) (RJL) |
| | ) |
| Russell Harrison | ) |

\* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Undersigned counsel respectfully moves this Honorable Court for permission to withdraw as attorney for the defendant. As grounds in support of this motion, the undersigned states as follows:

Mr. Harrison has told counsel that he no longer wants counsel representing him. Sentencing is currently set for November 16, 2018, at 3:00 p.m. Additionally, Mr. Harrison has told counsel that he wishes to withdraw his guilty plea and does not want counsel handling that matter. It is unclear as to whether Mr. Harrison wishes to retain a private attorney to represent him in this matter or ask the Court for another C.J.A. attorney.

Mr. Harrison informed counsel that he has sent several letters to the Court expressing his dissatisfaction with counsel's performance to date.

Despite best efforts, it has become apparent that there are irreconcilable differences between Mr. Harrison and counsel and the relationship has broken down to the point that productive attorney-client communication is impossible.

WHEREFORE, the undersigned respectfully request that his appearance be stricken and that the Court allow counsel to withdraw and allow Mr. Harrison to obtain a new attorney.

Respectfully submitted,

/s/
Mark J. Carroll, Esquire #414-619
9520 Reach Road
Potomac, Md. 20854
301-762-6453
301-762-6454 (fax)
443-421-3475 (cell)
markjcarroll@hotmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record have been served via the ECF system on this 18th day of October 2018.