IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )     CR No. 18-059-8
                                    )
                                    )     Washington, D.C.
        vs.                         )     November 16, 2018
                                    )     3:02 p.m.
RUSSELL HARRISON,                   )
                                    )
            Defendant.              )
_____)


          TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
            BEFORE THE HONORABLE RICHARD J. LEON
             UNITED STATES SENIOR DISTRICT JUDGE

APPEARANCES:

For the Government:          Christopher Macchiaroli
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-7825
                             Christopher.
                             Macchiaroli@usdoj.gov


For the Defendant:           Mark J. Carroll
                             MARK J. CARROLL ESQUIRE, P.C.
                             9520 Reach Road
                             Potomac, MD 20854-2854
                             (301) 762-6453
                             markjcarroll@hotmail.com

APPEARANCES CONTINUED

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   U.S. Courthouse
                                   333 Constitution Avenue, NW
                                   Room 6511
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1          P R O C E E D I N G S

2          DEPUTY CLERK:  Your Honor, this is Criminal Case

3  No. 18-059-8, the United States of America versus

4  Russell Harrison.

5          Christopher Macchiaroli for the government.

6          Mark Carroll for the defense.

7          The defendant is present in the courtroom.

8          THE COURT:  Good afternoon, everyone.

9          Well, Mr. Carroll, where are we here?  Is he --

10 this --

11         MR. CARROLL:  Your Honor, this past Wednesday,

12 I went to the jail and met with Mr. Russell.

13         THE COURT:  Yep.

14         MR. CARROLL:  And I explained to him his options.

15         THE COURT:  Yep.

16         MR. CARROLL:  And --

17         THE COURT:  What did he decide to do?

18         MR. CARROLL:  Pardon me?

19         THE COURT:  What did he decide to do?  Or did he

20 decide to do something?

21         MR. CARROLL:  Well he has -- I want to go on the

22 record as to what I explained to him for his options before

23 he and I tell you.

24         THE COURT:  That's fine.

25         MR. CARROLL:  I explained to him that we could go

1   forward with the sentencing.

2           And that I showed him the government's memorandum

3   in aid of sentencing, how they were asking for 11 years.

4           And I showed him the quick facts from the United

5   States Sentencing Commission that showed the average length

6   of sentence for offenders convicted only under 924(c) was

7   73 months.

8           And I said most judges try to follow what's going

9   on in the rest of the nation, has been my experience.

10  I'm not saying you would do that, Your Honor, but I'm saying

11  it's been my experience.

12          THE COURT:  No.  I understand.

13          MR. CARROLL:  I also explained to him that the

14  government has said that if he does attempt to withdraw his

15  plea, that they're going to send the case over to Greenbelt;

16  in that the case in this case jurisdiction of the

17  *United States versus Winstead*, which treats conspiracy

18  crimes as incomplete offenses, cannot be used as -- to make

19  someone a career criminal.

20          And also in the *Haight* case in this jurisdiction,

21  that attempt crimes and conspiracies could not be used as

22  predicate offenses to make someone a career criminal, under

23  those two decisions; but that those two decisions do not

24  hold in Maryland.  And the only two judges that are applying

25  that in Maryland are Judge Bredar and Judge Russell.  And

```
 1    they're not doing it by citing those cases.  I think they're
 2    finding another reason to do that.
 3                 But in the event that -- if the Court let him
 4    withdraw his guilty plea here, that all Greenbelt has to do
 5    is play his tape from the holding tank and they can give him
 6    15 years mandatory minimum under the Armed Career Criminal
 7    Act.
 8                 I explained all that to him and he said -- told
 9    me, based on the communications that he had with you, that
10    I'm not privy to that --
11                 THE COURT:  With me?
12                 MR. CARROLL:  Yes.  He said he had written you
13    letters.
14                 THE COURT:  Yeah, but I...
15                 MR. CARROLL:  I don't know what was in...
16                 THE COURT:  "Communications" suggest a two-way
17    exchange.
18                 MR. CARROLL:  Okay.  One-way communications,
19    Your Honor.
20                 THE COURT:  There has been no two-way exchange,
21    I can assure you of that.
22                 MR. CARROLL:  I misspoke, Your Honor.
23                 THE COURT:  He sent me a letter.
24                 Have you seen the letter?
25                 MR. CARROLL:  No.
```

1              THE COURT:  Well, I'd be glad to give you a copy

2      of it.

3              MR. CARROLL:  Well, I'll let it sit, Your Honor.

4              THE COURT:  Mr. Macchiaroli, do you have a copy?

5              MR. MACCHIAROLI:  I do not, Your Honor.

6              THE COURT:  Well, we'll give you both a copy of

7      it.

8              MR. CARROLL:  In any event, regardless if we had

9      the copies, he said that he would still rather not have me

10     represent him; that he would like to withdraw his guilty

11     plea, Your Honor.  And I said that will be discretionary

12     with the Court --

13             THE COURT:  Uh-huh.

14             MR. CARROLL:  -- regardless of what the government

15     has to say.

16             THE COURT:  All right.

17             MR. CARROLL:  That's where we stand at this point,

18     Your Honor.

19             THE COURT:  All right.

20             Mr. Macchiaroli, do you want to -- anything you

21     want to add, subtract, comment on?

22             Whatever you want to do.

23             MR. MACCHIAROLI:  Your Honor, I filed a very short

24     submission last night that basically I'm going to summarize;

25     is that I have no idea as to the relationship between the

1    defendant and his attorney.  You may know more from the

2    letter that you received.

3              Ultimately, if it's Mr. Carroll or any other

4    attorney qualified as part of our CJA panel, Mr. Harrison

5    has a tough road, two months after taking a plea, when this

6    Court conducted a very careful plea colloquy and gave

7    Mr. Harrison many opportunities to say he didn't want to

8    plead guilty, that he was not satisfied with his attorney,

9    that he did not commit the act of which he pled guilty to.

10             So I look forward to that motion.  And I look

11   forward to, if the Court even allows him to file it, the

12   response from the government is going to be very strong that

13   this Court should not allow the defendant to withdraw his

14   plea.

15             THE COURT:  Well, as I'm sure you well remember

16   and I'm sure Mr. Carroll remembers, at the time of the

17   colloquy, the Court specifically warned the defendant,

18   before it accepted the plea, that it's not likely to allow

19   him to withdraw it.  So if he had any questions, if he had

20   any issues, that was time to raise it, because once I accept

21   that plea, it's not likely I'll allow you to withdraw it.

22             I mean, he was warned about that.

23             MR. MACCHIAROLI:  And that was as clear as it

24   could possibly be on the record.

25             You gave, I think, the defendant every opportunity

```
1   to at least point to some reason why he didn't commit the

2   crime, why he was not satisfied with Mr. Carroll, why he

3   didn't understand anything, and that never came up at all.

4            THE COURT:  So look.  I'll grant the request for

5   Mr. Carroll to withdraw as counsel in the case.

6            MR. CARROLL:  Thank you, Your Honor.

7            THE COURT:  I'll contact Mr. Kramer's office,

8   we'll have another CJA panel lawyer assigned.  I'll make a

9   copy of the current letter that was sent to me.  Of course,

10  without my request.  It just appeared.  I'll give a copy to

11  both Mr. Carroll, since it relates to him.

12           MR. CARROLL:  You said he sent you more than one

13  letter.  I don't know if you have it.

14           THE COURT:  I've been on trial for the last six

15  weeks, so I don't know if I've gotten more than one.

16           I have one here.

17           I only have one here that's dated -- the envelope

18  is dated September 27th.

19           And the government can have a copy of it.

20           And the new counsel, whoever Mr. Kramer comes up

21  with, will get a copy of it, too, to know what the thinking

22  is of his client.

23           I'll give him a period of time to meet with his

24  client, him or her, and then we'll have a status hearing

25  sometime after Thanksgiving, and we'll see where things are
```

1    going.

2           And if he wants to, on behalf of his client, new

3    client, make a motion to withdraw the guilty plea, he's

4    going to have to file a motion, give the basis for the

5    motion, et cetera.

6           The government will get a chance to oppose it, if

7    that's their pleasure.

8           We'll have a hearing.

9           If there needs to be argument, we'll have

10   argument.

11          And then we'll make a decision.

12          All of that will probably take weeks from now,

13   maybe two months from now --

14          MR. CARROLL:  Very well.

15          THE COURT:  -- with the holidays going on and

16   everything like that.

17          So to the extent your motion's an oral one,

18   I grant it.

19          And I'll get a new counsel lined up for defendant.

20          I'm not going to, obviously, do anything about his

21   request for withdrawal until such time as a new counsel is

22   appointed, he or she has had a chance to review the

23   materials.

24          MR. CARROLL:  Very well, Your Honor.

25          THE COURT:  Yeah.

1          MR. MACCHIAROLI:  Your Honor, if I may just make

2    two requests.

3          I will send to the Federal Public Defender a list

4    of attorneys that have potential conflicts with taking on

5    Mr. Harrison so that the --

6          THE COURT:  Yeah, we've got a whole bunch of other

7    defendants in the case.

8          MR. MACCHIAROLI:  Yes.

9          And I also believe, in light of the current

10   procedural posture, the Speedy Trial Act, I don't know,

11   necessarily, should probably be excluded.

12         Technically, he's pled guilty, but we're --

13         THE COURT:  It's not running right now.

14         MR. MACCHIAROLI:  That's my understanding.

15         THE COURT:  Yeah, it's not running.

16         MR. MACCHIAROLI:  Very good, Your Honor.

17         THE COURT:  So I wouldn't be concerned about that,

18   Mr. Macchiaroli.  That's not running at the moment.

19         That's my sense of what's the best thing to do,

20   unless you have some questions or issues.

21         MR. CARROLL:  I think that's an appropriate

22   action, Your Honor.

23         THE COURT:  Okay.

24         Anything new for the government or anything

25   additional for the government, I should say?

1            MR. MACCHIAROLI:  No, Your Honor.

2            THE COURT:  All right, Counsel.  Well, thanks for

3    trying to work things out, and we'll see what the new

4    counsel has to say.

5            MR. CARROLL:  I'll email A. J. today and get the

6    motions.

7            DEPUTY CLERK:  All rise.

8            THE COURT:  Very good.

9            This Honorable Court will stand in recess until

10   the return of court.

11           (Proceedings concluded at 3:11 p.m.)

C E R T I F I C A T E

         I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date: February 1, 2019_____     /S/__William P. Zaremba_____

                               William P. Zaremba, RMR, CRR

| | |
|---|---|
| DEPUTY CLERK: [2]  3/1 11/6 | additional [1]  10/25 |
| MR. CARROLL: [22] | after [2]  7/5 8/25 |
| MR. MACCHIAROLI: [8]  6/4 6/22 7/22 9/25 10/7 | afternoon [1]  3/8 |
| 10/13 10/15 10/25 | aid [1]  4/3 |
| THE COURT: [31] | aided [1]  2/7 |

**/**

/S [1]  12/7

**1**

11 [1]  4/3
15 [1]  5/6
16 [1]  1/6
18-059-8 [2]  1/4 3/3

**2**

20001 [1]  2/5
2018 [1]  1/6
2019 [1]  12/7
202 [2]  1/15 2/6
20530 [1]  1/15
20854-2854 [1]  1/19
252-7825 [1]  1/15
27th [1]  8/18
2854 [1]  1/19

**3**

301 [1]  1/20
3249 [1]  2/6
333 [1]  2/4
354-3249 [1]  2/6
3:02 [1]  1/6
3:11 [1]  11/11

**5**

555 [1]  1/14

**6**

6453 [1]  1/20
6511 [1]  2/5

**7**

73 months [1]  4/7
762-6453 [1]  1/20
7825 [1]  1/15

**9**

924 [1]  4/6
9520 [1]  1/19

**A**

about [3]  7/22 9/20 10/17
above [1]  12/4
above-titled [1]  12/4
accept [1]  7/20
accepted [1]  7/18
act [3]  5/7 7/9 10/10
action [1]  10/22

all [8]  5/4 5/8 6/16 6/19 8/3 9/12 11/2 11/7
All right [1]  11/2
allow [3]  7/13 7/18 7/21
allows [1]  7/11
also [3]  4/13 4/20 10/9
AMERICA [2]  1/3 3/3
another [2]  5/2 8/8
any [4]  6/8 7/3 7/19 7/20
anything [5]  6/20 8/3 9/20 10/24 10/24
APPEARANCES [2]  1/12 2/1
appeared [1]  8/10
applying [1]  4/24
appointed [1]  9/22
appropriate [1]  10/21
are [4]  3/9 4/24 4/25 8/25
argument [2]  9/9 9/10
Armed [1]  5/6
as [11]  3/22 4/18 4/18 4/21 6/25 7/4 7/15 7/23 7/23 8/5
9/21
asking [1]  4/3
assigned [1]  8/8
assure [1]  5/21
attempt [2]  4/14 4/21
attorney [3]  7/1 7/4 7/8
ATTORNEY'S [1]  1/13
attorneys [1]  10/4
Avenue [1]  2/4
average [1]  4/5

**B**

based [1]  5/9
basically [1]  6/24
basis [1]  9/4
be [9]  4/18 4/21 6/1 6/11 7/12 7/24 9/9 10/11 10/17
because [1]  7/20
been [4]  4/9 4/11 5/20 8/14
before [3]  1/10 3/22 7/18
behalf [1]  9/2
believe [1]  10/9
best [1]  10/19
between [1]  6/25
both [2]  6/6 8/11
Bredar [1]  4/25
bunch [1]  10/6

**C**

came [1]  8/3
can [3]  5/5 5/21 8/19
cannot [1]  4/18
career [3]  4/19 4/22 5/6
careful [1]  7/6
Carroll [9]  1/18 1/18 3/6 3/9 7/3 7/16 8/2 8/5 8/11

## C

case [7]  3/2 4/15 4/16 4/16 4/20 8/5 10/7
cases [1]  5/1
Certified [1]  2/3
certify [1]  12/2
cetera [1]  9/5
chance [2]  9/6 9/22
Christopher [3]  1/13 1/16 3/5
citing [1]  5/1
CJA [2]  7/4 8/8
clear [1]  7/23
client [4]  8/22 8/24 9/2 9/3
colloquy [2]  7/6 7/17
COLUMBIA [2]  1/2 1/14
comes [1]  8/20
comment [1]  6/21
Commission [1]  4/5
commit [2]  7/9 8/1
communications [3]  5/9 5/16 5/18
computer [1]  2/7
computer-aided [1]  2/7
concerned [1]  10/17
concluded [1]  11/11
conducted [1]  7/6
CONFERENCE [1]  1/10
conflicts [1]  10/4
conspiracies [1]  4/21
conspiracy [1]  4/17
Constitution [1]  2/4
contact [1]  8/7
CONTINUED [1]  2/1
convicted [1]  4/6
copies [1]  6/9
copy [7]  6/1 6/4 6/6 8/9 8/10 8/19 8/21
correct [1]  12/3
could [3]  3/25 4/21 7/24
counsel [6]  8/5 8/20 9/19 9/21 11/2 11/4
course [1]  8/9
court [11]  1/1 2/2 2/3 5/3 6/12 7/6 7/11 7/13 7/17 11/9 11/10
Courthouse [1]  2/4
courtroom [1]  3/7
CR [1]  1/4
crime [1]  8/2
crimes [2]  4/18 4/21
criminal [4]  3/2 4/19 4/22 5/6
CRR [2]  12/2 12/8
current [2]  8/9 10/9

## D

D.C [3]  1/5 1/15 2/5
Date [1]  12/7
dated [2]  8/17 8/18
decide [3]  3/17 3/19 3/20
decision [1]  9/11
decisions [2]  4/23 4/23
defendant [8]  1/8 1/18 3/7 7/1 7/13 7/17 7/25 9/19
defendants [1]  10/7

Defender [1]  3/6
defense [1]  3/6
did [4]  3/17 3/19 3/19 7/9
didn't [3]  7/7 8/1 8/3
discretionary [1]  6/11
DISTRICT [4]  1/1 1/2 1/11 1/14
do [13]
do you have [1]  6/4
does [1]  4/14
doing [1]  5/1
don't [4]  5/15 8/13 8/15 10/10

## E

email [1]  11/5
envelope [1]  8/17
ESQUIRE [1]  1/18
et [1]  9/5
et cetera [1]  9/5
even [1]  7/11
event [2]  5/3 6/8
every [1]  7/25
everyone [1]  3/8
everything [1]  9/16
exchange [2]  5/17 5/20
excluded [1]  10/11
experience [2]  4/9 4/11
explained [5]  3/14 3/22 3/25 4/13 5/8
extent [1]  9/17

## F

facts [1]  4/4
February [1]  12/7
Federal [1]  10/3
file [2]  7/11 9/4
filed [1]  6/23
finding [1]  5/2
fine [1]  3/24
follow [1]  4/8
foregoing [1]  12/3
forward [3]  4/1 7/10 7/11
Fourth [1]  1/14

## G

gave [2]  7/6 7/25
get [4]  8/21 9/6 9/19 11/5
give [6]  5/5 6/1 6/6 8/10 8/23 9/4
glad [1]  6/1
go [2]  3/21 3/25
going [8]  4/8 4/15 6/24 7/12 9/1 9/4 9/15 9/20
good [3]  3/8 10/16 11/8
got [1]  10/6
gotten [1]  8/15
government [9]  1/13 3/5 4/14 6/14 7/12 8/19 9/6 10/24 10/25
government's [1]  4/2
grant [2]  8/4 9/18
Greenbelt [2]  4/15 5/4
guilty [6]  5/4 6/10 7/8 7/9 9/3 10/12

**H**

had [6]  5/9 5/12 6/8 7/19 7/19 9/22
Haight [1]  4/20
HARRISON [5]  1/7 3/4 7/4 7/7 10/5
has [9]  3/21 4/9 4/14 5/4 5/20 6/15 7/5 9/22 11/4
have [15]
he [28]
he said [3]  5/8 5/12 6/9
he's [2]  9/3 10/12
hearing [2]  8/24 9/8
her [1]  8/24
here [4]  3/9 5/4 8/16 8/17
him [15]
his [13]
hold [1]  4/24
holding [1]  5/5
holidays [1]  9/15
Honor [16]
HONORABLE [2]  1/10 11/9
hotmail.com [1]  1/20
how [1]  4/3
huh [1]  6/13

**I**

I also [2]  4/13 10/9
I can [1]  5/21
I don't know [3]  8/13 8/15 10/10
I grant [1]  9/18
I have [1]  6/25
I misspoke [1]  5/22
I should [1]  10/25
I think [1]  5/1
I understand [1]  4/12
I want [1]  3/21
I went [1]  3/12
I'd [1]  6/1
I'll [9]  6/3 7/21 8/4 8/7 8/8 8/10 8/23 9/19 11/5
I'm [7]  4/10 4/10 5/10 6/24 7/15 7/16 9/20
I'm going [1]  6/24
I'm not [2]  4/10 9/20
I'm sure [2]  7/15 7/16
I've [2]  8/14 8/15
idea [1]  6/25
incomplete [1]  4/18
is [10]  3/2 3/7 3/9 5/5 6/25 7/12 8/18 8/22 9/21 12/3
issues [2]  7/20 10/20
it [17]
it's [6]  4/11 7/3 7/18 7/21 10/13 10/15

**J**

jail [1]  3/12
JUDGE [3]  1/11 4/25 4/25
Judge Bredar [1]  4/25
Judge Russell [1]  4/25
judges [2]  4/8 4/24
jurisdiction [2]  4/16 4/20
just [2]  8/10 10/1

**K**

know [6]  5/15 7/1 8/13 8/15 8/21 10/10
Kramer [1]  8/20
Kramer's [1]  8/7

**L**

last [2]  6/24 8/14
lawyer [1]  8/8
least [1]  8/1
length [1]  4/5
LEON [1]  1/10
let [2]  5/3 6/3
letter [5]  5/23 5/24 7/2 8/9 8/13
letters [1]  5/13
light [1]  10/9
like [2]  6/10 9/16
likely [2]  7/18 7/21
lined [1]  9/19
list [1]  10/3
look [3]  7/10 7/10 8/4

**M**

Macchiaroli [6]  1/13 1/16 3/5 6/4 6/20 10/18
make [6]  4/18 4/22 8/8 9/3 9/11 10/1
mandatory [1]  5/6
many [1]  7/7
Mark [3]  1/18 1/18 3/6
Mark Carroll [1]  3/6
markjcarroll [1]  1/20
Maryland [2]  4/24 4/25
materials [1]  9/23
matter [1]  12/4
may [2]  7/1 10/1
maybe [1]  9/13
MD [1]  1/19
me [6]  3/18 5/9 5/11 5/23 6/9 8/9
mean [1]  7/22
mechanical [1]  2/7
meet [1]  8/23
memorandum [1]  4/2
Merit [1]  2/2
met [1]  3/12
minimum [1]  5/6
misspoke [1]  5/22
moment [1]  10/18
months [3]  4/7 7/5 9/13
more [3]  7/1 8/12 8/15
most [1]  4/8
motion [4]  7/10 9/3 9/4 9/5
motion's [1]  9/17
motions [1]  11/6
Mr. [15]
Mr. Carroll [6]  3/9 7/3 7/16 8/2 8/5 8/11
Mr. Harrison [3]  7/4 7/7 10/5
Mr. Kramer [1]  8/20
Mr. Kramer's [1]  8/7
Mr. Macchiaroli [3]  6/4 6/20 10/18
Mr. Russell [1]  3/12

**M**

my [5]  4/9 4/11 8/10 10/14 10/19

**N**

nation [1]  4/9
necessarily [1]  10/11
needs [1]  9/9
never [1]  8/3
new [6]  8/20 9/2 9/19 9/21 10/24 11/3
night [1]  6/24
no [7]  1/4 3/3 4/12 5/20 5/25 6/25 11/1
not [17]
November [1]  1/6
now [3]  9/12 9/13 10/13
NW [2]  1/14 2/4

**O**

obviously [1]  9/20
offenders [1]  4/6
offenses [2]  4/18 4/22
office [2]  1/13 8/7
Official [1]  2/3
Okay [2]  5/18 10/23
once [1]  7/20
one [6]  5/18 8/12 8/15 8/16 8/17 9/17
One-way [1]  5/18
only [3]  4/6 4/24 8/17
opportunities [1]  7/7
opportunity [1]  7/25
oppose [1]  9/6
options [2]  3/14 3/22
oral [1]  9/17
other [2]  7/3 10/6
our [1]  7/4
out [1]  11/3
over [1]  4/15

**P**

P.C [1]  1/18
p.m [2]  1/6 11/11
panel [2]  7/4 8/8
Pardon [1]  3/18
part [1]  7/4
past [1]  3/11
period [1]  8/23
Plaintiff [1]  1/4
play [1]  5/5
plea [9]  4/15 5/4 6/11 7/5 7/6 7/14 7/18 7/21 9/3
plead [1]  7/8
pleasure [1]  9/7
pled [2]  7/9 10/12
point [2]  6/17 8/1
possibly [1]  7/24
posture [1]  10/10
potential [1]  10/4
Potomac [1]  1/19
predicate [1]  4/22
present [1]  3/7

probably [2]  9/12 10/11
procedural [1]  10/10
proceedings [4]  1/10 2/7 11/11 12/4
produced [1]  2/7
Public [1]  10/3

**Q**

qualified [1]  7/4
questions [2]  7/19 10/20
quick [1]  4/4

**R**

raise [1]  7/20
rather [1]  6/9
Reach [1]  1/19
Realtime [1]  2/3
reason [2]  5/2 8/1
received [1]  7/2
recess [1]  11/9
record [3]  3/22 7/24 12/3
recorded [1]  2/7
regardless [2]  6/8 6/14
Registered [1]  2/2
relates [1]  8/11
relationship [1]  6/25
remember [1]  7/15
remembers [1]  7/16
Reporter [4]  2/2 2/2 2/3 2/3
represent [1]  6/10
request [3]  8/4 8/10 9/21
requests [1]  10/2
response [1]  7/12
rest [1]  4/9
return [1]  11/10
review [1]  9/22
RICHARD [1]  1/10
right [4]  6/16 6/19 10/13 11/2
rise [1]  11/7
RMR [2]  12/2 12/8
road [2]  1/19 7/5
Room [1]  2/5
running [3]  10/13 10/15 10/18
RUSSELL [4]  1/7 3/4 3/12 4/25
Russell Harrison [1]  3/4

**S**

said [7]  4/8 4/14 5/8 5/12 6/9 6/11 8/12
satisfied [2]  7/8 8/2
say [4]  6/15 7/7 10/25 11/4
saying [2]  4/10 4/10
see [2]  8/25 11/3
seen [1]  5/24
send [2]  4/15 10/3
SENIOR [1]  1/11
sense [1]  10/19
sent [3]  5/23 8/9 8/12
sentence [1]  4/6

sentencing [3] 4/1 4/3 4/5
September [1] 8/18
she [1] 9/22
short [1] 6/23
should [3] 7/13 10/11 10/25
showed [3] 4/2 4/4 4/5
since [1] 8/11
sit [1] 6/3
six [1] 8/14
so [7] 7/10 7/19 8/4 8/15 9/17 10/5 10/17
some [2] 8/1 10/20
someone [2] 4/19 4/22
something [1] 3/20
sometime [1] 8/25
specifically [1] 7/17
Speedy [1] 10/10
Speedy Trial Act [1] 10/10
stand [2] 6/17 11/9
STATES [6] 1/1 1/3 1/11 3/3 4/5 4/17
status [2] 1/10 8/24
stenography [1] 2/7
still [1] 6/9
Street [1] 1/14
strong [1] 7/12
submission [1] 6/24
subtract [1] 6/21
such [1] 9/21
suggest [1] 5/16
summarize [1] 6/24
sure [2] 7/15 7/16

# T

take [1] 9/12
taking [2] 7/5 10/4
tank [1] 5/5
tape [1] 5/5
Technically [1] 10/12
tell [1] 3/23
than [2] 8/12 8/15
Thank [1] 8/6
Thank you [1] 8/6
thanks [1] 11/2
Thanksgiving [1] 8/25
that [43]
that's [8] 3/24 6/17 8/17 9/7 10/14 10/18 10/19 10/21
their [1] 9/7
then [2] 8/24 9/11
there [2] 5/20 9/9
they [2] 4/3 5/5
they're [3] 4/15 5/1 5/1
thing [1] 10/19
things [2] 8/25 11/3
think [3] 5/1 7/25 10/21
thinking [1] 8/21
this [9] 3/2 3/10 3/11 4/16 4/20 6/17 7/5 7/13 11/9
those [3] 4/23 4/23 5/1

time [1] 7/20
titled [1] 12/4
today [1] 11/5
told [1] 5/8
too [1] 8/21
tough [1] 7/5
transcript [3] 1/10 2/7 12/3
transcription [1] 2/7
treats [1] 4/17
trial [2] 8/14 10/10
try [1] 4/8
trying [1] 11/3
two [8] 4/23 4/23 4/24 5/16 5/20 7/5 9/13 10/2
two-way [2] 5/16 5/20

# U

U.S [2] 1/13 2/4
Uh [1] 6/13
Uh-huh [1] 6/13
Ultimately [1] 7/3
under [3] 4/6 4/22 5/6
understand [2] 4/12 8/3
understanding [1] 10/14
UNITED [6] 1/1 1/3 1/11 3/3 4/4 4/17
United States [1] 4/17
United States of [1] 3/3
unless [1] 10/20
until [2] 9/21 11/9
up [3] 8/3 8/20 9/19
usdoj.gov [1] 1/16
used [2] 4/18 4/21

# V

versus [2] 3/3 4/17
very [7] 6/23 7/6 7/12 9/14 9/24 10/16 11/8

# W

want [5] 3/21 6/20 6/21 6/22 7/7
wants [1] 9/2
warned [2] 7/17 7/22
was [8] 4/6 5/15 7/8 7/20 7/22 7/23 8/2 8/9
Washington [3] 1/5 1/15 2/5
way [3] 5/16 5/18 5/20
we [4] 3/9 3/25 6/8 6/17
we'll [8] 6/6 8/8 8/24 8/25 9/8 9/9 9/11 11/3
we're [1] 10/12
we've [1] 10/6
Wednesday [1] 3/11
weeks [2] 8/15 9/12
well [10] 3/9 3/21 6/1 6/3 6/6 7/15 7/15 9/14 9/24 11/2
went [1] 3/12
were [1] 4/3
what [7] 3/17 3/19 3/22 5/15 6/14 8/21 11/3
what's [2] 4/8 10/19
Whatever [1] 6/22
when [1] 7/5
where [3] 3/9 6/17 8/25
which [2] 4/17 7/9

## W

whoever [1]  8/20
whole [1]  10/6
why [3]  8/1 8/2 8/2
will [6]  6/11 8/21 9/6 9/12 10/3 11/9
William [4]  2/2 12/2 12/7 12/8
Winstead [1]  4/17
withdraw [8]  4/14 5/4 6/10 7/13 7/19 7/21 8/5 9/3
withdrawal [1]  9/21
without [1]  8/10
work [1]  11/3
would [3]  4/10 6/9 6/10
wouldn't [1]  10/17
written [1]  5/12

## Y

Yeah [4]  5/14 9/25 10/6 10/15
years [2]  4/3 5/6
Yep [2]  3/13 3/15
Yes [2]  5/12 10/8
you [22]
your [17]
Your Honor [16]

## Z

Zaremba [4]  2/2 12/2 12/7 12/8